No. 91–8. UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 376 *v.* OLIVETTI OFFICE U.S.A., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–11. KING *v.* PRUDENTIAL-BACHE SECURITIES, INC., ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91–12. MCINTYRE *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 91–13. GENETICS INSTITUTE, INC., ET AL. *v.* AMGEN, INC. C. A. Fed. Cir. Certiorari denied.

No. 91–14. NORTHERN NATURAL GAS CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. 8th Cir. Certiorari denied.

No. 91–15. RIESBECK FOOD MARKETS, INC., ET AL. *v.* UNITED FOOD & COMMERCIAL WORKERS, LOCAL UNION 23, ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 91–16. STEWART *v.* FORT WAYNE COMMUNITY SCHOOLS. Sup. Ct. Ind. Certiorari denied.

No. 91–18. SHARPE ET AL. *v.* ROTH ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–20. STATE TAX COMMISSION OF MISSOURI ET AL. *v.* TRAILER TRAIN CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–21. OVERNITE TRANSPORTATION CO. *v.* TIANTI, COMMISSIONER OF LABOR OF CONNECTICUT. C. A. 2d Cir. Certiorari denied.

No. 91–22. BELCHER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–23. GRAY ET AL. *v.* TOWN OF DARIEN ET AL. C. A. 2d Cir. Certiorari denied.